IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-565-RJC-DCK

| | |
|---|---|
| PGI POLYMER, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| THE FIFTY/FIFTY GROUP, INC., d/b/a ) | |
| LOLA PRODUCTS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 6) filed by Matthew J. Ladenheim, concerning Walter B. Welsh on March 21, 2016. Mr. Walter B. Welsh seeks to appear as counsel *pro hac vice* for Defendant, The Fifty/Fifty Group, Inc. d/b/a LOLA PRODUCTS. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 6) is **GRANTED.** Walter B. Welsh is hereby admitted *pro hac vice* to represent Defendant, The Fifty/Fifty Group, Inc. d/b/a LOLA PRODUCTS.

**SO ORDERED**.

Signed: March 22, 2016

David C. Keesler
United States Magistrate Judge