IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-565-RJC-DCK

| | |
|---|---|
| PGI POLYMER, INC., | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| THE FIFTY/FIFTY GROUP, INC., d/b/a LOLA PRODUCTS, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 10) filed by Jason M. Sneed, concerning Sarah Chih-Jen Hsia on April 25, 2016. Ms. Sarah Chih-Jen Hsia seeks to appear as counsel *pro hac vice* for Plaintiff PGI Polymer, Inc.. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 10) is **GRANTED.** Sarah Chih-Jen Hsia is hereby admitted *pro hac vice* to represent Plaintiff PGI Polymer, Inc.

**SO ORDERED**.

April 26, 2016

David C. Keesler
United States Magistrate Judge